UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| SAINT-GOBAIN PERFORMANCE PLASTICS EUROPE, | : | | |
| | : | | |
| Plaintiff, | : | Civil Action No.: | 20-129 (RC) |
| | : | | |
| v. | : | Re Document Nos.: | 43, 45 |
| | : | | |
| BOLIVARIAN REPUBLIC OF VENEZUELA, | : | | |
| | : | | |
| Defendant. | : | | |

## ORDER AND FINAL JUDGMENT

For the reasons stated in the Court's Memorandum Opinion separately and contemporaneously issued, Plaintiff's Motion for Summary Judgment (ECF No. 43) is **GRANTED** and Defendant's Motion for Dismissal (ECF No. 45) is **DENIED**.

It is **FURTHER ORDERED** that the Award rendered pursuant to the International Convention on the Settlement of Investment Disputes between States and Nationals of Other States ("ICSID Convention") in Plaintiff's favor and against Defendant, ECF No. 3-1, is, pursuant to 22 U.S.C. § 1650(a), **RECOGNIZED, ENTERED AND RECORDED** as a judgment by the Clerk of Court in the same way and with the same force and effect as if the Award were a final judgment of a court of general jurisdiction in the United States.

It is **FURTHER ORDERED** that, in accordance with the Award, Defendant shall pay Plaintiff the amount equal to the pecuniary obligations of the Award, compromising (i) US$ 29.6 million as to the principal amount of compensation, in addition to US$ 4.8 million as pre-award interest from May 15, 2010 through March 31, 2017, with further pre-award interest through November 3, 2017 in the amount of US$ 542,189.80, and post- award interest at a rate of 2% over the average 6-month U.S. Treasury bill rate, compounded annually; (ii) US$ 1,303,189.99

as to the costs of the arbitration subject to post-award interest at a rate of 2% over the average 6-month U.S. Treasury bill rate, compounded annually; and (iii) US$ 4,634,532.05 representing two-thirds of Plaintiff's legal fees and expenses, also subject to post-award interest through the date of satisfaction of the Award at a rate of 2% over the average 6-month U.S. Treasury bill rate, compounded annually.

**SO ORDERED**.

Dated: February 1, 2021                                                                 RUDOLPH CONTRERAS
                                                                                        United States District Judge



**ECF DOCUMENT**
I hereby attest and certify that this is a printed copy of a document which was electronically filed with the United States District and Bankruptcy Courts for the District of Columbia.

ANGELA D. CAESAR, CLERK

*Leayrohn L. King*

2