

LAW OFFICES
LIMITED LIABILITY PARTNERSHIP

WILMINGTON, DE
LOS ANGELES, CA
SAN FRANCISCO, CA
NEW YORK, NY
COSTA MESA, CA

919 NORTH MARKET STREET
17th FLOOR
P.O. BOX 8705
WILMINGTON
DELAWARE 19899-8705

**TELEPHONE: 302/652 4100**

FACSIMILE: 302/652 4400

**LOS ANGELES**

10100 SANTA MONICA BLVD.
13th FLOOR
LOS ANGELES
CALIFORNIA 90067

**TELEPHONE: 310/277 6910**

FACSIMILE: 310/201 0760

**SAN FRANCISCO**

150 CALIFORNIA STREET
15th FLOOR
SAN FRANCISCO
CALIFORNIA 94111-4500

**TELEPHONE: 415/263 7000**

FACSIMILE: 415/263 7010

**NEW YORK**

780 THIRD AVENUE
34th FLOOR
NEW YORK
NEW YORK 10017-2024

**TELEPHONE: 212/561 7700**

FACSIMILE: 212/561 7777

**COSTA MESA**

650 TOWNE CENTER DRIVE
SUITE 1500
COSTA MESA
CALIFORNIA 92626

**TELEPHONE: 714/384 4750**

FACSIMILE: 714/384 4751

WEB: www.pszjlaw.com

Laura Davis Jones                August 26, 2021                ljones@pszjlaw.com
                                                                302.778.6401

## VIA ELECTRONIC FILING AND HAND DELIVERY

John A. Cerino
Clerk
United States District Court for the District of Delaware
844 N. King Street
Wilmington, DE 19801

**Re:** *Saint-Gobain Performance Plastics Europe v. Bolivarian Republic of Venezuela*
<u>Registration of Judgment from Another District</u>.

Dear Mr. Cerino:

We write on behalf of Saint-Gobain Performance Plastics Europe ("Saint-Gobain" or "Plaintiff"), plaintiff in the matter *Saint-Gobain Performance Plastics Europe v. Bolivarian Republic of Venezuela*, No. 1:20-cv-00129-RC in the District Court for the District of Columbia, in which a final judgment was entered in favor of Saint-Gobain on February 2, 2021.

Enclosed please find the following documents issued by the Clerk of the United States District Court for the District of Columbia: (*i*) an original Clerk's Certification of a Judgment to be Registered in Another District; and (*ii*) a certified copy of Judgment, in the above-referenced action.

By order dated July 13, 2021, the United States District Court for the District of Columbia authorized Saint-Gobain to register for good cause the attached Judgment in the District of Delaware pursuant to 28 U.S.C. § 1963. We accordingly respectfully request that you register this judgment in the District of Delaware.

To the extent this matter requires a judicial assignment, we further request that this matter be assigned to Judge Stark because it is related to other actions against the Bolivarian Republic of Venezuela and related defendants currently pending before Judge Stark.

LEGAL02/40964052v2
DOCS_DE:235811.1 76899/001



August 26, 2021
Page 2

Please let me know if you need any further information. Thank you in advance for your attention to this matter.

Very truly yours,

*/s/ Laura Davis Jones*

Laura Davis Jones
Pachulski Stang Ziehl & Jones LLP

*Attorneys for Plaintiff*

CC: All counsel of record in 1:17-mc-00151-LPS; 1:19-mc-00290-LPS; 1:19-cv-00290-LPS; 1:20-mc-257-LPS